# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 18-80363  
**Case Name:** PERE MARQUETTE COURTYARD, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 12/06/2018 (c)  
**§ 341(a) Meeting Date:** 04/16/2018  
**Claims Bar Date:** 07/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 4,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at CIBC Operating Account- balance as of 3/17/18, Checking 4819 | 248,257.94 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at South Side Bank Account, Checking 3186 | Unknown | 0.00 | | 0.00 | FA |
| 4 | Deposits- as of 2/28/18 | 12,334.00 | 0.00 | | 0.00 | FA |
| 5 | Real Estate - Escrow | 1,913.00 | 0.00 | | 0.00 | FA |
| 6 | Real Estate Tax Escrow - Busey Bank | 171,000.00 | 0.00 | | 0.00 | FA |
| 7 | Cap Escr Resv- South Side Bank | 1,241.00 | 0.00 | | 0.00 | FA |
| 8 | Prepaid Insurance | 20,086.00 | 0.00 | | 0.00 | FA |
| 9 | Prepaid Expense | 346,950.00 | 0.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $8,443.37. Doubtful/Uncollectible accounts = $0.00. (u) | 8,443.37 | 0.00 | | 0.00 | FA |
| 11 | A/R 90 days old or less. Face amount = $42,454.78. Doubtful/Uncollectible accounts = $0.00. (u) | 42,454.78 | 0.00 | | 0.00 | FA |
| 12 | A/R Over 90 days old. Face amount = $113.06. Doubtful/Uncollectible accounts = $0.00. (u) | 113.06 | 0.00 | | 0.00 | FA |
| 13 | A/R Over 90 days old. Face amount = $550,000.00. Doubtful/Uncollectible accounts = $0.00. (u) | 550,000.00 | 0.00 | | 0.00 | FA |
| 14 | Other inventory or supplies: Other Inventory - Food & Beverage, 2/28/18, Net Book Value: $28,940.00, Valuation Method: Recent cost | 28,940.00 | 0.00 | | 0.00 | FA |
| 15 | Office Equipment at 2/28/18. Valuation Method: N/A | Unknown | 0.00 | | 0.00 | FA |
| 16 | Household Maintenance & Laundry at 2/28/18. Valuation Method: N/A  $3,034 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Kitchen Equipment at 2/28/18. Valuation Method: N/A $2,721.00 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Hotel License, City of Peoria- License #14-19244. | Unknown | 0.00 | | 0.00 | FA |
| 19 | Liquor License- City of Peoria- License #774. Unknown | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 18-80363 | Trustee Name: | (330780) Andrew S. Erickson |
| Case Name: | PERE MARQUETTE COURTYARD, LLC | Date Filed (f) or Converted (c): | 12/06/2018 (c) |
| | | § 341(a) Meeting Date: | 04/16/2018 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | 07/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | Adversary case against Gary Matthews (adversary 19-8025) for fraudulent transfer Adversary case against Gary Matthews (adversary 19-8025) for fraudulent transfer (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Adversary case against Monte Brannan (adversary 19-8024) for fraudulent transfer Adversary case against Monte Brannan (adversary 19-8024) for fraudulent transfer (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Account at Commerce Bank Account | 12,226.61 | 0.00 | | 0.00 | FA |
| 23 | Unknown Refund from US Treasury (u) (u)  Asset created 3-3-20. Notes from prior trustee indicate she received a check from the US Treasury with no notes or descriptions. | 0.00 | 6,108.12 | | 6,108.12 | FA |
| **23** | **Assets Totals** (Excluding unknown values) | **$1,447,959.76** | **$6,108.12** | | **$6,108.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

TIR Period 3-31-22: See Report lead case in jointly administered case, GEM HOSPITALITY, LLC case 18-80361

**Initial Projected Date Of Final Report (TFR):** 03/17/2021  **Current Projected Date Of Final Report (TFR):** 12/15/2022

05/12/2022   /s/Andrew S. Erickson
Date   Andrew S. Erickson